NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ROBERT MICHAEL MILLER,**
*Petitioner,*

**v.**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Respondent.*

---

2014-3146

---

Petitions for review of the Merit Systems Protection Board in No. SF-3330-12-0711-I-1.

---

## ON MOTION

---

## O R D E R

Robert Michael Miller moves to file electronically in this case.  Miller also moves without opposition for an extension of time, until September 24, 2014, to file an informal brief, or until November 3, 2014, to file a formal brief.

The Administrative Order relating to electronic filing in this court states that a pro se party must file documents in paper form.  Administrative Order Regarding Electronic Case Filing ECF-8(A).  In accordance with the

2                                    MILLER v. FDIC

Administrative Order, however, Miller may attempt to agree in writing with counsel for the government to electronic service between himself and FDIC. Even if the parties reach such an agreement, however, Miller must still file documents with this court in paper form.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to electronically file is denied.

(2) The motion for extension of time is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30